UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Linda S. Mosbarger, <br><br> Defendant | Case Action No.: 2:07CV-807-MHT <br><br> **CORPORATE DISCLOSURE STATEMENT** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO RULE 7.1(a)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Curves International, Inc. ("Curves"), in the above captioned action, certifies that Curves does not have a parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: September 7, 2007

Respectfully Submitted,

*/s/ Joseph W. Carlisle*

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
Michael R. Gray (175602)
Jason J. Stover (30573X)
500 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4444
mike.gray@gpmlaw.com
jason.stover@gpmlaw.com

Of Counsel

William D. Jones III (asb-3120-e57w)
Joseph W. Carlisle (asb-1197-e68c)
JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama 35209
Phone: (205) 458-9400
Fax:   (205) 458-9500

wdj@johnstonbarton.com
jwc@johnstonbarton.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above and foregoing *Corporate Disclosure Statement* with the Clerk of the Court, and served via hand-delivery and U.S. Mail, with proper postage affixed, a true and correct copy of the foregoing on the Defendant at the following address:

Linda S. Mosberger
750 Shields Road
Deatsville, AL 36022

this 7th day of September, 2007.

                         /s/ Joseph W. Carlisle
                         Of Counsel

GP:2257484 v1/W0615830.DOC