# RETURN OF SERVICE

Service of the Summons and complaint was made by me:

Pamela H. Roy                           9/11/07
Name of Server (PRINT)                   Date

Process Server
Title

Check one box below to indicate appropriate method of service:

- ☒ Served personally upon the defendant. Place where served:
  Jordan's Gym
  770 Shields Road
  Deatsville, AL 36022
  (see attached affidavit of Pamela H. Roy)
- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
- ☐ Returned unexecuted:
- ☐ Other (specify):

## STATEMENT OF SERVICE FEES

Travel: _____

Services: _____

Total: _____

**RETURNED AND FILED**

**SEP 11 2007**

**CLERK**
**U.S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

3

United States District Court
Middle District of Alabama
Northern Division

| | |
|---|---|
| Curves International, Inc.,<br><br>       Plaintiff,<br><br>vs.<br><br>Linda S. Mosbarger,<br><br>       Defendant | Case Action No. 2:07cv807-MHT |

**TO DEFENDANT:**    **LINDA S. MOSBARGER**
                                **750 Shields Road**
                                **Deatsville, Alabama 36022**

**YOU ARE HEREBY SUMMONED** and required to serve on the following PLAINTIFF'S ATTORNEY:

    William D. Jones III (asb-3120-e57w)
    Joseph W. Carlisle (asb-1197-e68c)
    JOHNSTON BARTON PROCTOR & ROSE, LLP
    Colonial Brookwood Center
    569 Brookwood Village, Suite 901
    Birmingham, AL 35209
    Telephone: (205) 458-9495
    Facsimile: (205) 458-9500
    E-mail: wdj@johnstonbarton.com
    E-mail: jwc@johnstonbarton.com

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



_Debra P. Hackett_  09·07·07
Clerk                                    Date

_Ben Wringer_
(By) Deputy Clerk

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 9/11/07
Date

Signature of Server: *Pamela H. Roy*

Address of Server:
Colonial Brookwood Center
569 Brookwood Village Suite 901
Birmingham, AL 35209