IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Linda S. Mosbarger, )<br>)<br>Defendant. )<br>) | Case No.: 2:07-cv-807-MHT |

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF MICHAEL R. GRAY

Pursuant to Local Rule 83.1(b), the undersigned counsel of record for plaintiff Curves International, Inc. ("Curves"), being admitted to the Bar of the United States District Court for the Middle District of Alabama, and being a member in good standing thereof, moves this Court for an Order granting Michael R. Gray permission to appear *pro hac vice* as counsel of record for Curves in the above civil action.

Mr. Gray practices law with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., whose office is located at 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402. Mr. Gray is a member in good standing of the bar of the United States District Court for the District of Minnesota. Attached as Exhibit A is a Certificate of Good Standing for Mr. Gray issued by the United States District Court for the District of Minnesota.

2

/s/ Joseph W. Carlisle
Joseph W. Carlisle (asb-1197-e68c)

One of the attorneys for Plaintiff
Curves International, Inc.

OF COUNSEL:

JOHNSTON BARTON PROCTOR & ROSE LLP
Colonial Brookwood Center
569 Brookwood Village
Suite 901
Birmingham, Alabama 35209
Telephone:    (205) 458-9400
Facsimile:    (205) 458-9500

**CERTIFICATE OF SERVICE**

      I hereby certify that I have filed the above and foregoing Motion for *Pro Hac Vice* Admission of Michael R. Gray with the Clerk of the Court, using the CM/ECF system, and that a copy of the foregoing Motion for *Pro Hac Vice* Admission of Michael R. Gray was served by first class mail upon the following:

    Linda Mosbarger
    770 Shields Road
    Deatsville, Alabama 36022

On this the 13th day of September, 2007.

                                              /s/ Joseph W. Carlisle
                                              Of Counsel

W0615462.DOC

# EXHIBIT "A"

# Exhibit "A"

September 13, 2007 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

### CERTIFICATE OF GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

Michael R. Gray, Bar # 175602, was duly admitted

to practice in this Court on November 5, 1986, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on September 13, 2007.

RICHARD D. SLETTEN, CLERK

*(signature)*

(By)    Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03