IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURVES INTERNATIONAL, INC., )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:07cv807-MHT
                            )
LINDA S. MOSBARGER,         )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motions for admission pro hac vice (Doc. Nos. 9 & 10) are granted.

DONE, this the 17th day of September, 2007.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE