IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURVES INTERNATIONAL, INC.,  )
                             )
    Plaintiff,                )
                             )      CIVIL ACTION NO.
    v.                        )       2:07cv807-MHT
                             )
LINDA S. MOSBARGER,           )
                             )
    Defendant.                )
```

### ORDER

It is ORDERED that the plaintiff's motion for preliminary injunction (Doc. No. 2) is set for an evidentiary hearing on November 14, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

The parties are to file pre-hearing briefs by November 9, 2007.

DONE, this the 24th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE