IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURVES INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv807-MHT |
| ) | |
| LINDA S. MOSBARGER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of plaintiff's motion for expedited discovery (Doc. # 13), filed October 2, 2007, and for good cause, it is

ORDERED that defendant shall show cause why the motion should not be granted on or before October 10, 2007.

DONE, this 4th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE