U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
OCT 10 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| CURVES INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2007-CV-807-MHT |
| LINDA S. MOSBARGER, | ) |
| Defendant. | ) |

## ANSWER

**COMES NOW** the Defendant, by and through the undersigned legal counsel, and files this ANSWER of DENIAL to each and every material allegation of the Complaint of the Plaintiff multi-state corporation, and hereby demands strict prove thereof.

Done this the 10th day of October, 2007.

_s/ Connie J. Morrow_
Connie J. Morrow (asb-6870-O78C)
Charles E. Grainger, Jr. (asb-6564-G26C)
Attorneys for Defendant

ADDRESS OF COUNSEL:
**Grainger Legal Services, LLC**
4220 Carmichael Ct., N.
Montgomery, Alabama 36106
Tel. (334) 260-0500
Fax (334) 260-5580
E-mail cmorrow@graingerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have certify that I have served a copy of the foregoing instrument upon the following counsel of record by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this the 10th day of October, 2007.

Joseph W. Carlisle
William D. Jones, III
JOHNSTON, BARTON, PROCTOR & ROSE, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL   35209

Michael R. Gray
Jason J. Stover
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
500 IDS Center, 80 South Eighth Street
Minneapolis, MN   55402

___s/Connie J. Morrow___
Connie J. Morrow (asb-6870-O78C)