IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURVES INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv807-MHT |
| | ) |
| LINDA S. MOSBARGER, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of plaintiff's motion for expedited discovery (Doc. # 13), filed October 2, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 16th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE