**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Linda S Lewis_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_Linda Lewis_    10/19/07

D. Is delivery address different from item 1? ☐ Yes

If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Linda S. Mosbarger
750 Shields Road
Deatsville, AL 36022

07cv807 (5) Show Cause Order

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7006 2760 0005 4873 8139

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540