UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Linda S. Mosbarger,<br><br>　　　　　Defendant | Case Action No. 2007-CV-807-MHT |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Connie Morrow
Charles E. Grainger, Jr.
Grainger Legal Services, Inc.
4220 Carmichael Ct. N.
Montgomery, Alabama  36106
cmorrow@graingerlegal.com
cgrainger@mindspring.com

Dated:  November 12, 2007

　　　　　　　　　　　　**GRAY, PLANT, MOOTY,**
　　　　　　　　　　　　　**MOOTY & BENNETT, P.A.**


　　　　　　　　　　　　By s/Michael R. Gray
　　　　　　　　　　　　　Michael R. Gray (MN 175602)
　　　　　　　　　　　　　Jason J. Stover (MN 30573X)
　　　　　　　　　　　　　500 IDS Center
　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　Minneapolis, Minnesota 55402-3796
　　　　　　　　　　　　　Telephone:  (612) 632-3000
　　　　　　　　　　　　　Facsimile:  (612) 632-4444
　　　　　　　　　　　　　mike.gray@gpmlaw.com
　　　　　　　　　　　　　jason.stover@gpmlaw.com

　　　　　　　　　　　　　and

**JOHNSTON, BARTON, PROCTOR & ROSE**
Joseph W. Carlisle
Colonial Brookwood Center
569 Brookwood Village
Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9458
Facsimile: (205) 458-9500
jwc@johnstonbarton.com

**ATTORNEYS FOR PLAINTIFF**

GP:2288194 V1