IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CURVES INTERNATIONAL, INC., )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>LINDA S. MOSBARGER, )<br>  )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:07cv807-MHT |

ORDER

It is ORDERED as follows:

(1) The plaintiff's motion to continue (Doc. No. 22) is granted.

(2) The plaintiff's motion for preliminary injunction (Doc. No. 2) is reset for an evidentiary hearing on November 21, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

(3) The parties are to file pre-hearing briefs by November 19, 2007. A party that fails to file a timely brief will be subject to sanctions by the court.

DONE, this the 13th day of November, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE