IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURVES INTERNATIONAL, INC.,  )
                             )
    Plaintiff,               )
                             )         CIVIL ACTION NO.
    v.                       )          2:07cv807-MHT
                             )
LINDA S. MOSBARGER,          )
                             )
    Defendant.               )
```

### ORDER

It is ORDERED that plaintiff's amended motion to enter injunction as unopposed (Doc. No. 24) and alternative motion to continue hearing (Doc. No. 24) are denied.

DONE, this the 13th day of November, 2007.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE