UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc.,<br><br>        Plaintiff,<br><br>vs.<br><br>Linda S. Mosbarger,<br><br>        Defendant. | Case Action No. 2007-CV-807-MHT |

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed a copy of the following:

- Plaintiff's Second Motion for Continuance

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Connie Morrow
Charles E. Grainger, Jr.
Grainger Legal Services, Inc.
4220 Carmichael Ct. N.
Montgomery, Alabama 36106
cmorrow@graingerlegal.com
cgrainger@mindspring.com

Dated: November 14, 2007

**GRAY, PLANT, MOOTY,
 MOOTY & BENNETT, P.A.**

By s/Michael R. Gray
   Michael R. Gray (MN 175602)
   Jason J. Stover (MN 30573X)
   500 IDS Center
   80 South Eighth Street
   Minneapolis, Minnesota 55402-3796
   Telephone: (612) 632-3000
   Facsimile: (612) 632-4444
   mike.gray@gpmlaw.com
   jason.stover@gpmlaw.com

and

**JOHNSTON, BARTON, PROCTOR & ROSE**
Joseph W. Carlisle
Colonial Brookwood Center
569 Brookwood Village
Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9458
Facsimile: (205) 458-9500
jwc@johnstonbarton.com

**ATTORNEYS FOR PLAINTIFF**

GP:2288194 V1