FILED

NOV 12 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

U. S. DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2007 NOV 14 P 3: 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CURVES INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2007-CV-807-MHT |
| | ) | |
| | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| LINDA S. MOSBARGER, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ANSWER-COUNTERCLAIM

**COMES NOW** the DEFENDANT, LINDA S.MOSBARGER, nee LINDA S.

LEWIS, comes through undersigned counsel and amends the ANSWER of October 10,

2007, to add a COUNTERCLAIM and additional parties, as follows:

## COUNTERCLAIM

## JURISDICTION & PARTIES

1. The Counterclaimant LINDA S. LEWIS, is an individual in this action.

However, she is organized under the laws of Alabama and doing business under two

different LLCs, Alabama corporations: NATURAL BEAUTY GARDEN CENTER,

LLC, and POSSUM TROT PROPERTIES, LLC, both of which operate in Elmore

County, Alabama.

2. Curves International, Inc., is a Corporation organized under the laws of Texas, as set out further in the original Complaint, where Counterclaim Defendant was the named Plaintiff.

3. The Counterclaimant seeks to add the following as adversarial parties to this action based upon criminal behavior further set out in more detail herein:

        a. Kevin Ayers, Individual

        b. Julie Ferrell, Individual

        c. Curves' Alabama Process Server, Individual

        d. Michael R.Gray, Individual

        e .Fictious Parties A, B, C,-Individual unknown Third Parties who prompted  and/or supplied false information to Curves International, Inc. in order to bring this unfounded  and unsupported  lawsuit .

## FACTS

2.    In 1997, LINDA S. LEWIS and her then husband, MIKE MOSBARGER, opened "Mike's Gym" at 97 Lightwood Road in an unincorporated area of Elmore County, Alabama, known as Holtville and/or Slapout.

3.  "Mike's Gym" was a free weight facility with adjustable exercise equipment where clients came and went as they chose because there were no teachers or trainers.

4.  In 1999, LINDA S.LEWIS MOSBARGER was granted a Curves franchise.

5.  The location Curves approved for LINDA S. MOSBARGER with visual onsite inspection by Curves representative was 97 Lightwood Road, Deatsville, Alabama, in the unincorporated area of Elmore County previously identified as Holtville, Alabama.

6.  In 2002, the MOSBARGERS moved "Mike's Gym" to a new location in Holtville, Alabama:   10009 Holtville Road, Deatsville, Alabama   36022.

7.  Likewise in 2002, LINDA S. LEWIS MOSBARGER moved her Curves business to 10009 Holtville Road .

8.  The Curves franchise was operated in full compliance with Curves rules and regulations.

9.  Therefore, the Curves business was restricted to women and non-adjustable circuit exercise equipment.

10. Both Curves and the earlier business "Mike's Gym" utilized the same address and telephone number until the MOSBARGERS were Divorced in Elmore County in April of 2006.  However, at all times while Ms. LEWIS' Curves was in existence, there was a wall which separated the two individual businesses with each business having separate entrances.

11. LINDA S. LEWIS MOSBARGER was awarded both businesses in the Divorce along with the right to resume her maiden name.

12. Sometime in April, 2006, subsequent to the Divorce Ms. LEWIS changed the name of "Mike's Gym" to "Jordan's Gym", and eventually purchased a new sign evidencing this fact.

13. In July, 2006, Ms. LEWIS decided to close her Curves franchise and began notifying customers she was closing and giving notice of the availability of other Curves Franchises located within a 20 mile or less radius.

14. In July, 2006, Ms. LEWIS informed Curves headquarters of her decision to dissolve her Curves franchise verbally.

15. Ms. LEWIS told several employees of Curves this fact. Ms. LEWIS asked Curves for assistance in dissolving her franchise but did not receive any assistance.

16. Curves employees Ms. LEWIS recalls speaking with concerning closing her Holtville Curves franchise starting in July of 2006 and ending in December of 2006 were Tami Rose, Tammy Summerlin and Curves District Manager in Alabama, Janie Little.

17. Tami Rose a Texas employee of Curves headquarters in July, 2006, when Ms. LEWIS asked Curves to come and retrieve its unadjustable, lightweight exercise equipment that Ms. LEWIS could keep the equipment because she had never been late with a monthly franchise payment to Curves headquarters.

18. Later in December of 2006, after the Curves equipment had already been moved to storage, Tami Rose contact Ms. LEWIS and requested the return of the equipment. Ms. Rose made two different appointments with Ms. LEWIS in

December of 2006 (12/19/06 & 12/21/06) but never showed up to retrieve the equipment at issue herein.

19. In mid to late November, 2006, Ms. Lewis began developing building on land she had own for over 20 years which already contain a house and a storage building.

20. The new building was completed shy of a few minor finishing details by January 1, 2007.

21. On December 3, 2006, Ms. LEWIS sold "Jordan's Gym" the former "Mike's Gym" to Truitt K. Johnson.

22. In January, 2007, Ms. LEWIS rented the new building to Truitt K. Johnson.

23. Mr. Johnson is currently utilizing the building as Jordan's Community Center, LLC, which serves as a storm shelter for the local area and is rented to private groups for Birthdays, Anniversaries, Charity Fundraisers and in addition to having a tanning bed and adjustable exercise machines formerly used in the original "Mike's Gym" now "Jordan's Gym" located at 770 Shields Road, Deatsville, Alabama 36022, in a the same manner this business has historically been operated since 1997, which is as a client "self-serve" gym for both men and women, the elderly and children, the physically and medically impaired and those who are healthy.

24. The Curves exercise equipment did not interest Truitt K. Johnson in December of 2006 when he purchased "Jordan's Gym" from LINDA S. LEWIS because the equipment was not adjustable and could not be used by the clients he

envisioned for his future business "The Jordan's Community Center, LLC".

Mr. Johnson is the sole owner of "The Jordan Community Center, LLC"

25.     Curves equipment is not now and never has been utilized or even placed in the

Community Center located at 770 Shields Road, Deatsville, Alabama  36022.

26.     Starting in late August of 2007, a string of unusual events started happening at

770 Shields Road, in Holtville, Alabama, which were noticed by LINDA S.

LEWIS (who lives at 750 Shields Road), Susan Tenley (the manager of

Jordan's Community Center), Truitt K. Johnson (the owner of "Jordan's Gym"

and the Community Center) and Joyce Berry (who lives across the street at

1355 Possum Trot Road from the new building).

27.      Within a relatively short period of time law enforcement officials have

executed incident offense reports indicating the occurrence of criminal activity

at this location primarily targeting LINDA S. LEWIS or the new building

which is owned by her business" Possum Trot Properties, LLC" in which she is

the sole owner.

29.   In the late summer of 2007, Joyce Berry witnessed a female on two different

occasions attempt to gain entry to the closed facility resulting in damage to the

door of the facility.

30. At no point in time did Truitt K. Johnson, Susan Tenley or Linda S. Lewis give

permission to Julie Ferrell, Micheal R.Gray or the process server employed in this

action by Curves' to enter the new facility.  Likewise, any one else who may have

taken pictures of the original "Mike's Gym" adjustable exercise equipment in the

"Jordan's Gym" portion of "The Jordan Community Center, LLC" operating out

of the building owned by "Possum Trot Properties, LLC" attached to this action never obtained permission to enter this private property.

31. On or about September 10, 2007, while on patrol in the county an Elmore County Sheriff Deputy was alerted to an emergency assault at the community center.

32. The victim, LINDA S. LEWIS, informed the officer who arrived within minutes of the criminal act that a suspicious lady wearing a ball cap and dark glasses had "Whopped her in the head" after telling Ms. Lewis she was "sick."

33. The victim, LINDA S. LEWIS, when approached had been on the phone with Kelle Garmon while watering her plants. The suspect threw a large, yellow package at the victim while there which hit the victim Counterclaimant LINDA S. LEWIS in the face on the left cheek. Next, the suspect proceeded to grab the big envelop, and then she jumped back in her car. The offender quickly sped off in a maroon Corvette, as the victim dialed 911.

34. The Elmore County Sheriff deputies who arrived at the scene within minutes were unsuccessful that day in catching up with the suspect who had assaulted Ms. LEWIS on her left cheek, but at least two witnesses saw the car speed away. Additionally, the two witnesses, Joyce Berry and Susan Tenley, witnessed a red place on Ms. Lewis' left cheek following the incident, not to mention the obvious anguish and mental stress was apparent to all involved, including the witnesses.

35. Ms. Lewis never connected the September, 2007, trespass and assault with this lawsuit until after she went through the pleadings in this matter at her attorney's office in October, 2007.

36. The next trespass occurred the day prior to when Attorney Michael R. Gray was previously scheduled to take LINDA S.LEWIS' deposition in this matter at 4220 Carmichael Court North, Montgomery, Alabama 36106, approximately 30 miles from LINDA LEWIS' house next door to The Jordan Community Center.

37. The deposition of LINDA S. LEWIS was scheduled at 9 am on Friday, November 2, 2007.

38. The ANSWER in this case had been filed over two (2) weeks, so it was on record the Counterclaimant Plaintiff LINDA S. LEWIS was represented by the undersigned in this legal action.

39. Michael R. Gray being the attorney taking the "Expedited Discovery" deposition of Ms. LEWIS was aware she was represented by undersigned legal counsel.

40. However, as of November 1, 2007, Michael R. Gray and undersigned legal counsel had never spoken, though his partner had on at least two prior occasions.

41. About 5 p.m., on Thursday, November1, 2007, Michael R. Gray walked into the community center and asked for "LINDA." Next, Gray told those present that Ms. Lewis' attorney had given him permission to inspection the facility located at 770 Shields Road, in the Beat 14 area of Holtville, Alabama. Where upon LINDA LEWIS who had been summoned from next door to assist the manager Susan Tenley in hanging curtains at the facility called the undersigned, and discovered that Mr. Gray had never spoken with the undersigned. At that point Ms. LEWIS asked Mr. Gray to leave, when he protested; she invited him to speak with an

Elmore County deputy who had been summoned to investigate what appeared to be suspicious activity about an hour or so earlier by an individual matching Mr. Gray's description appearing to stalk Ms. LEWIS by sitting in the middle of the road and taking pictures. Upon speaking with the deputy, Mr. Gray admitted he had not received permission to enter the private property and agreed to leave. This incident greatly alarmed LINDA LEWIS, and others in the area.

42. Upon having a locksmith to come and examine the damaged door and lock to the community center, it was discovered that the lock had been tampered with from the outside. The landlord paid over $50 to have the door lock repaired.

43. The Jordan Community Center, LLC, has many functions in the small community of Slapout, Alabama, none of which are the same or similar to a Curves facility for women exclusively.

44. Ms. Lewis has been targeted on numerous prior occasions for harassment and interference with business by Curves headquarters in Texas, and perhaps Curves franchise holders locally who were formerly in competition with LINDA S. LEWIS' Holtville Curves franchise, including a previous lawsuit which was wrongfully filed by Curves in Texas on April 10, 2001, based upon unsupported conclusory allegations, such as this matter, and supported by a sworn affidavit of Kevin Ayers, unlike the original pleadings in this mater which are based upon unsworn hearsay statements of Kevin Ayers, Julie Ferrell and the deceptive Curves' process server.

45. The 2001 Texas lawsuit filed in Texas against LINDA S. LEWIS by Curves through Kevin Ayers was thrown out of court on procedural grounds based upon inadequacies in Curves' case against Ms. LEWIS.

**COUNT I**

**COUNT II**

**COUNT II**

**COUNT IV**

**CRIMINAL TRESPASS**

46. The Counterclaim Plaintiff, LINDA S. LEWIS, re-alleges each and every allegation in Paragraphs 1-45 as if set out in full herein.

47. The Counterclaim Defendant Julie Ferrell  based upon her admissions previously filed with photographs with this court along with Joyce Berry's sworn affidavit and police reports  with support attached to this Counterclaim, has illegally trespassed under the laws of this state, causing great harm and alarm to LINDA S LEWIS.

48. The Counterclaim Defendant defined as Counterclaim Corporate Defendant Curves' Alabama process server based upon her admissions previously filed with this court related to allegedly attempting to serve LINDA S. LEWIS with service pf process of this legal matter, along with Joyce Berry's sworn affidavit and police reports with support attached to this Counterclaim, has illegally trespassed under the laws of this state, causing great harm and alarm to LINDA S LEWIS.

49. The Counterclaim Defendant Michael R. Gray based upon his actions on November 1, 2007, at 770 Shields Road, Deatsville, Alabama 36022, along with Joyce Berry's sworn affidavit and police reports with support attached to this Counterclaim, has illegally trespassed under the laws of this state, causing great harm and alarm to LINDA S LEWIS.

50. Unknown Fictious Counterclaim Defendants A, B and C whose names are unknown at this point in this matter who the Counterclaimant expects to be able to eventually name, have illegally trespassed under the laws of this state, causing great harm and alarm to LINDA S. LEWIS.

## COUNT V

### ASSAULT

51. The Counterclaim Plaintiff, LINDA S. LEWIS, re-alleges each and every allegation in Paragraph 1-50 as if set out in full herein.

52. On or about September 10, 2007, the Corporate Counterclaim Defendant's Process Server assaulted LINDA S. LEWIS on the left cheek of her face, causing her great alarm and physical pain; said illegal activity violated the laws of the State of Alabama.

## COUNT VI

### BREACH OF FRANCHISE CONTRACT

53. The Counterclaim Plaintiff, LINDA S. LEWIS, re-alleges each and every allegation in Paragraphs 1-52 as if set out in full herein.

54. The Counterclaim Corporate Defendant, Curves, violated the following provision of the previously filed franchise agreement with LINDA S. LEWIS:

*"Franchisor* (Curves) *shall have the right to purchase the ....equipment.....at the purchase price in accordance with the following payment description; ...............* *(calculated based on the Franchisee's* [LINDA S. LEWIS'] *original opening date); ...........* "*and more than five (5) years- $1,500....*[which in this case was May of 1999 making the applicable rate for the equipment Curves has demanded $1,500 for 8 pieces of equipment for a total of at least **$10,500** due to the Counterclaim Plaintiff-LINDA S.LEWIS].....*"

by failing to offer LINDA S. LEWIS payment in the amount of $1,500 per piece of equipment upon demanding the return of said equipment with this lawsuit, despite previous attempts by the Counterclaimant to return the eight pieces of Curves equipment which she has had in storage and never used since removing said equipment from the last location where Curves operated in Holtville.

55. This amounts to the Counterclaimant being owed at least **$10,500**, upon Curves choosing to demand of the return of the equipment at issue.

## <u>COUNT VII</u>

## **BREACH OF FRANCHISE CONTRACT**

**EQUITTABLESTOPPEL**

56. The Counterclaim Plaintiff, LINDA S. LEWIS, re-alleges each and every allegation in Paragraphs 1-55 as if set out in full herein.

57. Additionally, the Counterclaim Corporate Defendant, Curves, violated the following two (2) provisions of the previously filed franchise agreement with LINDA S. LEWIS by wrongfully bringing this Federal Court action knowing all along that the Counterclaimant LINDA S. LEWIS fell into an exception to the enforcement of the following two franchise provisions:

1. *"__Covenant Not To Compete__"*:

*"In consideration thereof, Franchisee therefore covenants and agrees that, **except for any interest which Franchisee has in a competitive business on the effective date of this Agreement,** by its signature hereinbelow, specifically consents, Franchisee shall not, directly or indirectly, as a proprietor, partner…………or otherwise for a period of three (3) years immediately following that later of the expiration, termination or non-renewal of this Agreement for any reason ……"*

At all times relevant to this matter Curves through its employees who had actually visited the Holtville Curves facility, at least two (2) who were present at the "Grand Opening" in May of 1999, knew of the existence of the Mosbargers' pre-existing business, "Mike's Gym" established in 1997 (aka "Jordan's Gym" which

is now contain in the broader purpose "The Jordan Community Center"), since its was at all times relevant hereto adjacent the Holtville Curves.

2. **Location**

Quoting from Exhibit A to the Franchise Agreement, the Curves franchises should be in city limits, in this case:

**"The city limits of Deatsville, Alabama"**

**[Neither location of the Counterclaimant's Holtville Curves was ever located in the city limits of any incorporated municipality or Deatsville, Alabama]**

58. This failure to place the Counterclaimant in an incorporated municipality with a population to reasonably satisfy business expectation of the franchisee, LINDA S. LEWIS, contributed greatly to the demise of the Counterclaimant's Curves franchise in Holtville, Alabama.

59. During this same time period, the Corporate Counterclaim Defendant opened a number of new franchises in municipalities within a 30 mile radius of Holtville with media of some sort which has always been absent in Holtville, Alabama, this contributed greatly to the demise of the Counterclaimant's Curves franchise in Holtville, Alabama.

**COUNT VIII**

## CRIMINAL MISCHIEF

## COUNT IX

## PROPERTY DESTRUCTION-VANDALISM

60. The Counterclaim Plaintiff, LINDA S. LEWIS, re-alleges each and every allegation in Paragraphs 1-59 as if set out in full herein.

61. The Corporate Defendant directed or caused the Counterclaimant to suffer the damage and/or destruction of property, based upon the attached locksmith statement and police report.

62. The Counterclaimant, suffered compensatory damage in excess of $50.

63. The total disregard of state law to accomplish the Corporate Counterclaim Defendant's goals should allow for additional consequential and punitive damages.

## COUNT X

## HARRASSMENT

## COUNT XI

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## COUNT XII

## INTERFERENCE WITH BUSINESS

## COUNT XIII

## PATTERN AND PRACTICE OF VIOLATING THE LAWS OF THIS STATE

64. . The Counterclaim Plaintiff, LINDA S. LEWIS, re-alleges each and every allegation in Paragraphs 1-63 as if set out in full herein.

65. The Counterclaimant the record reveals has been purposely harassed by the Corporate Counterclaim Defendant.

66. The Counterclaimant the record reveals has been falsely portrayed by the Counterclaim Corporate Defendant at least since the 2001 Texas lawsuit which did not survive procedural challenge.

67. Repeatedly, the Counterclaim Defendant has interfered with LINDA S. LEWIS' right to contract and earn a living without honoring the Franchise agreement drafted by Curves legal representatives after informing the Counterclaimant to "just sign it---it is required of everybody" and that she did "not need a lawyer to review" said document (previously filed in this matter) which was in fact left blank on many issues including the telephone issue which is herein being disputed.

68. The Counterclaim Corporate Defendant, Curves, has shown through unsworn statements and a pattern and practice of purposely violating the laws of this state to attempt to achieve their corporate purpose of harassing the Counterclaimant in a vindictive manner, a total disrespect for the laws of the State of Alabama and the U.S. Constitution and the Federal laws of the United State of America.

WHEREFORE, based on the "totality of the circumstances" the Plaintiff seeks judicial intervention and full recovery, as follows:

1.      DECLARE THE FRANCHISE AGREEMENT BREACHED BY THE CORPORATE COUNTERCLAIM DEFENDANT CURVES PRIOR TO THE BEGINNING OF THIS ACTION;

2.      AWARD TO THE COUNTERCLAIM PLAINTIFF-LINDA S. LEWIS, COMPENSATORY DAMAGES IN THE AMOUNT OF AT LEAST **$75,500**;

3.      AWARD TO THE COUNTERCLAIM PLAINTIFF-LINDA S. LEWIS CONSEQUENTIAL DAMAGES OF AT LEAST **$250,000**;

4.      AWARD TO THE COUNTERCLAIM PLAINTIFF-LINDA S. LEWIS, PUNITIVE DAMAGES OF AT LEAST **3 MILLION DOLLARS** FOR THE PURPOSEFUL VIOLATION OF THE LAW AND VINDICTIVE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS WHICH CAUSED MENTAL ANGUISH AND SEVERE STRESS TO LINDA S. LEWIS ; and,

5.      Additionally, Counterclaim Plaintiff-LINDA S. LEWIS seeks a judgment against the Counterclaim Defendants in such just and reasonable amount for compensatory, consequential, equitable and punitive damages as may be awarded by this Honorable Court along with costs and expenses of this action;

**6.      Plus, Plaintiff seeks immediate injunctive relief in the form of a Restraining Order prohibiting any further contact or harassment of the COUNTER**

**CLAIM PLAINTIFF-LINDA S. LEWIS  by any of  the COUNTERCLAIM**

**DEFENDANTS or their agents.**

**Plaintiff demands a trial on the merits by struck Jury on any issues**

**remaining in this matter following the Novmeber 14th hearing in this matter.**

Respectfully submitted,

Connie J. Morrow
(#ASB-6870-O78C)
Attorney for Counterclaimant
LINDA S. LEWIS

OF COUNSEL:
Grainger Legal Services, LLC
4220 Carmichael Court, N.

Montgomery, Alabama 36106
Tel. (334) 260-0500
Fax (334) 260-5580
E-mail cgrainger@graingerlegal.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned verifies a true and accurate copy of this document has been delivered to the following (Defendants and purported legal counsel) by placing on this date a copy of such in the U. S. mail, proper postage prepaid, on this the 9th day of NOVEMBER, 2007, and addressed as follows: 14th

Joseph W. Carlisle
William D. Jones, III
JOHNSTON, BARTON,  PROCTOR & ROSE, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL   35209

Jason J. Stover
Micheal R. Gray
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
500 IDS Center, 80 South Eighth Street
Minneapolis, MN   55402

                                        Connie J. Morrow
                                        (#ASB-6870-O78C)
                                        Attorney for LINDA S. LEWIS


<u>Verified Complaint/Affidavit</u>

I, LINDA S. LEWIS, have read this AMENDED ANSWER-COUNTERCLAIM, and the facts and statements contained within this document are true and correct to the best of my knowledge, done this the 9th day of  NOVEMBER, 2007.
13

                                        LINDA S. LEWIS

STATE OF ALABAMA
COUNTY OF MONTGOMERY

Given under my seal, I, _M. chele J_ that has been made known to me, I have witnessed her signature set forth above as coming from her hand, and verify it is true and correct and was executed on this the _13th_ day of _November_ , 2007.

Seal)

_Michael Allan_
Notary Public for State at Large

My Commission expires: _04 - 11 - 2009_

**EXHIBITS IN SUPPORT OF COUNTERCLAIM BY LINDA S. LEWIS**

U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURVES INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2007-CV-807-MHT |
| | ) | |
| | ) | |
| LINDA S. MOSBARGER, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF ROBERT "BOB" ANDREWS

1. My name is Robert Andrews, but I have always gone by Bob Andrews.   I am over 60 years of age and a resident of Elmore County in the State of Alabama.

2. Every statement set out herein is true and accurate to the best of my personal knowledge.

3. I reside at 825 Carpenter Road in Holtville, Alabama, with a Deatsville, Alabama mailing address (36022).

4. In early 1997, I began working out at Mike's Gym in Holtville, Alabama.  It was primarily a free weight facility at that time with the same adjustable exercise equipment which is currently in the new Jordan's Gym.  There were no teachers or  trainers at this time but the gym was owned and operated by Mike and  Linda Mosbarger .

5. I am familiar with the fact that Mike and Linda Mosbarger were divorced in the Spring of 2006, and Linda Lewis resumed her maiden name.  Also, about the same time the name of the gym was changed from Mike's Gym to

Jordan's Gym but it still operates in much the same way as it has operated since 1997.

6. Originally, Jordan's Gym, like the prior Mike's Gym, was located downtown Holtville, next door to  Linda Lewis' other business Curves for women.

7. The current location is about 4 miles north of downtown Slapout, all of this area is in the unincorporated portion of north Elmore County, Alabama.

8. There are no teachers at the current location of Mike's Gym, Jordan's Gym or rather the Jordan Community Center.

9. I hereby verify that each and every statement herein is true and accurate to the best of my knowledge.

Sworn and verified on this the _7H_ day of November, 2007.

ROBERT "BOB" ANDREWS

### Notary Certification

I , _Gloria E. Ward_ the undersigned authority, a Notary Public in and for said State at Large, hereby certify that ROBERT ANDREWS, whose name is signed in the foregoing, and who is  known to me, acknowledged before me on this day, that being informed of the contents and being of sound mind verified the truth and  veracity of the forgoing and voluntarily executed this document after being duly sworn.

Given under my hand and seal this the _7H_ day of November, 2007.

NOTARY PUBLIC

My commission expires: _12-9-07_

[SEAL]

U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURVES INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2007-CV-807-MHT |
| | ) | |
| | ) | |
| LINDA S. MOSBARGER, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF JAMES "JIMMY" ROBERTS

1. My name is James Roberts, but I have always gone by Jimmy Roberts.   I am over 60 years of age and a resident of Elmore County in the State of Alabama.

2. Every statement set out herein is true and accurate to the best of my personal knowledge.

3. I reside at 289 Lake Haven Drive in Holtville, Alabama, with a Deatsville, Alabama mailing address (36022).

4. In early 1997, I began working out at Mike's Gym in Holtville, Alabama.  It was primarily a free weight facility at that time with the same adjustable exercise equipment which is currently in the new Jordan's Gym.  There were no teachers or  trainers but the gym was owned and operated by Mike and Linda Mosbarger .

5. I am familiar with the fact that Mike and Linda Mosbarger were divorced in the Spring of 2006, and Linda Lewis resumed her maiden name.  Also, about the same time the name of the gym was changed from Mike's Gym to

Jordan's Gym but it still operates in much the same way as it has operated since 1997.   It merely changed ownership to Ken Johnson.

6.   Originally, Jordan's Gym, like the prior Mike's Gym, was located downtown Holtville, next door to Linda Lewis' other business Curves for women.

7.   The current location is about 4 miles north of downtown Slapout, all of this area is in the unincorporated portion of north Elmore County, Alabama.

8.   There are no teachers at the current location of Mike's Gym, Jordan's Gym or rather the Jordan Community Center.

9.   I hereby verify that each and every statement herein is true and accurate to the best of my knowledge.

Sworn and verified on this the ___7th___ day of November, 2007.

_James J. Roberts Jr._
JAMES "JIMMY" ROBERTS

### Notary Certification

I , _Michele J. Clay_ , the undersigned authority, a Notary Public in and for said State at Large, hereby certify that JAMES ROBERTS, whose name is signed in the foregoing, and who is  known to me, acknowledged before me on this day, that being informed of the contents and being of sound mind verified the truth and  veracity of the forgoing and voluntarily executed this document after being duly sworn.

Given under my hand and seal this the ___7th___ day of November, 2007.

_Michele Clay_
Michele J. Clay
NOTARY PUBLIC

My commission expires:
04-18-2011

[SEAL]

U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURVES INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2007-CV-807-MHT |
| | ) | |
| | ) | |
| LINDA S. MOSBARGER, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF JOYCE BERRY

1.  **My name is Joyce Berry.   I am over 50 years of age and a resident of Elmore County in the State of Alabama.**

2.  **Every statement set out herein is true and accurate to the best of my personal knowledge.**

3.  **I  reside at 1355 Possum Trot Road in Holtville, Alabama, with a Deatsville, Alabama mailing address (36022).  There is no U. S. Post Office in the community of Holtville., Alabama.**

4.  **On or about the end of August, 2007, and by the beginning of September, 2007, I started noticing unusual activity at the building across the street from my house, commonly referred to as Jordan's Gym or Community Center.**

5.  **The first thing I remember out of the ordinary was a lady who appeared to be trying to break into the facility at the end of the summer, 2007.**

6.  **This particular lady came back after I first saw her tampering with the door knob, and proceeded the second time to try to break the door down, when it was obvious no one was inside the facility.**

4. On the second trip she continued to work toward gaining entry to the Jordan Community Center, even though the place was unmistakably closed.

5. I started to call the police but I did not know if the owner, community center operator or the manager had given her a key and she was merely having trouble getting it to work, like for cleaning services or to steam the carpet.

6. The next time I saw the owner, my longtime neighbor, Linda Lewis, I told her about the lady appearing to attempt to break into the facility.

7. On this occasion, Linda Lewis was extremely upset and her face was red where she informed me she had just been attacked by an unknown white female while she was watering her plants.

8. At this time I informed Ms. Lewis about seeing the white female trying to break into the building when the building was not opened and no one else was present at the facility.

9. I witnessed the law enforcement officer leave the parking lot in pursuit of the lady who had assaulted Ms. Lewis traveling north on Possum Trot Road.

10. The last incident occurred on September 10, 2007, in broad daylight about 10:00 am. The prior incident had been a couple of weeks earlier and had been later in the day when no one was at the community center.

11. Later on November 1, 2007, I noticed a deputy from the Elmore County Sheriff's Office in the parking lot of the facility talking with a strange man I had never seen before, but he was in a vehicle which had been driving by the community center and had even parked in the middle of he road (Possum

Trot Road) earlier in the day.   This concerned me greatly.

12. These incidents have made me feel less safe in this nice, calm community

where everybody pretty much knows everyone else and there is very little

crime.

13. I do not know of anyone else who has ever been harmed by anyone else in

our neighborhood prior to this recent string of unusual events.

14. I hereby verify that each and every statement herein is true and accurate to

the best of my knowledge.

Sworn and verified on this the ___7th___ day of November, 2007.

**JOYCE BERRY**

### Notary Certification

I , _Michele J Clay_ , the undersigned authority, a Notary Public in and for said State at Large, hereby certify that JOYCE BERRY, whose name is signed in the foregoing, and who is  known to me, acknowledged before me on this day, that being informed of the contents and being of sound mind verified the truth and  veracity of the forgoing and voluntarily executed this document after being duly sworn.

Given under my hand and seal this the ___7th___ day of November, 2007.

michele J. Clay    **NOTARY PUBLIC**

**My commission expires:**

04 - 18 - 2011

[SEAL]

U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURVES INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2007-CV-807-MHT |
| | ) | |
| | ) | |
| LINDA S. MOSBARGER, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF MARGARET ABRAMS

1. My name is Margaret Abrams.   I am over 90 years of age and a resident of Elmore County in the State of Alabama.

2. Every statement set out herein is true and accurate to the best of my personal knowledge.

3. I reside at 4785 Alabama Highway 143 in Holtville, Alabama, with a Deatsville, Alabama mailing address (36022).

4. As far as I can determine I am the only person who was formerly a client of Linda Lewis prior to her closing her former business, Curves in downtown Slapout, who currently attends community sessions at the Jordan Community Center, better known as "Jordan's Gym".

5. While Ms. Lewis informed me of other Curves locations when she dissolved her Curves business in July of 2006.  I am unable to travel very far so I began going to the old Mike's Gym, then Jordan's Gym so I did not have to travel outside of Slapout.  I am not familiar with any other female who is likewise situated.

6. There is a big difference in Curves and Jordan's Gym. Jordan's Gym has adjustable levels of work out equipment which Curves did not. The adjustable equipment is better for me considering my age and medical condition.

7. If Ms. Lewis opened the Curves business back up in Slapout, I would not attend sessions there any more. While I like Ms. Lewis, the Curves program was not really designed for someone like me with a number of medical issues and of advanced years.

8. Susan Tenley and Ken Johnson keep the new place running smoothly, and Ms. Lewis is busy with new businesses, but she is an outstanding example of good health and fitness.

9. I like seeing people, men and women both living life to the fullest, I observed several old clients of Ms. Lewis complaining about the Curves circuit system in the past prior to July of 2006.

10. I am not related by blood or marriage to any of the parties to this lawsuit.

11. I have not read the pleadings and I do not know the exact issues being debated.

12. Linda Lewis does not teach at the Jordan Community Center, nor does anyone else as far as I have observed since January of 2007.

Sworn and verified on this the ___9___ day of November, 2007.

<u>Margaret Abrams</u>
**MARGARET ABRAMS**

### <u>Notary Certification</u>

I , <u>Michele J. Clay</u> , the undersigned authority, a Notary Public in and for said State at Large, hereby certify that MARGARET ABRAMS, whose name is signed in the foregoing, and who is known to me, acknowledged before me on this day, that being informed of the contents and being of sound mind verified the truth and veracity of the forgoing and voluntarily executed this document after being duly sworn.

Given under my hand and seal this the ___7th___ day of November, 2007.

_____
**NOTARY PUBLIC** Michele J. Clay
**My commission expires:**
04-18-2011

[SEAL]

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

**COPY**

| 1 VICTIM SSN | 2 COMPLAINANT SSN | 1 ☑ INCIDENT / OFFENSE  3 ☐ SUPPLEMENT | 3 SFX |
|---|---|---|---|
| —  —  — | 417 - 88 - 2915 | 07 / 10 0354 | |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | 6 AGENCY NAME | 7 ☐ SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|
| 0 2 9 0 0 0 0 | 07 10 07 3:12 ☐AM ☑PM ☐MIL. | ELMORE COUNTY SHERIFF'S DEPT | M D Y |

| 8 REPORTED BY | 9 VICTIM OR | 10 PHONE |
|---|---|---|
| Lewis, Linda Mosbarger | 750 Sheilds Rd. Deatsville AL 36022 | (334)300-1378 |

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | 1 ☐ 2 B 3 S | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|---|
| Gym Jordan's (Owner) | | 770 Sheilds Rd. Deatsville, AL 36022 | (334)569-1860 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|
| NBGC LLC | Self | Hwy 231 Wetumpka AL 36092 | (334)514-6008 |

| 19 ☐ PRESIDENT ☐ NON-RESIDENT | 20 INJURY ☐Y ☑N | 21 RACE ☐W ☑B | 22 SEX ☐MALE ☑FEMALE | 23 HGT 5 6 | 24 WGT 132 | 25 DOB 1 21 03 | 26 AGE 55 51 | 27 WAS OFFENDER KNOWN TO VICTIM? ☑Y ☐N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE | 31 DEGREE (CIRCLE) | 32 UCR CODE | 33 STATE/LOCAL ORDINANCE |
|---|---|---|---|
| Criminal Mischief ☐FEL ☑MISD. | 1  2  ③ | | 13A-7-21 |

| 34 TYPE INCIDENT OR OFFENSE | 35 DEGREE (CIRCLE) | 36 UCR CODE | 37 STATE/LOCAL ORDINANCE |
|---|---|---|---|
| ☐FEL ☐MISD. | 1  2  3 | | |

| 38 PLACE OF OCCURRENCE | 39 SECTOR |
|---|---|
| Jordan's Gym on sheilds Rd. | H01 L |

| 40 POINT OF ENTRY | 41 METHOD OF ENTRY | 42 ASSAULT | 43 TREATMENT FOR ASSAULT INJURY |
|---|---|---|---|
| ☐ DOOR ☐ ROOF ☑ WINDOW ☐ OTHER | ☐ FORCIBLE ☐ ATT. FORCIBLE ☑ NO FORCE | ☐ SIMPLE ☐ AGGR. | ☐Y ☐N |

| 44 OCCURRED ON OR BETWEEN | 45 TIME | 47 LIGHTING | 48 WEATHER | 49 PREMISE | 50 CODE |
|---|---|---|---|---|---|
| 08 27 07 | 7:00 ☐AM ☑PM | ☑ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ UNK. | ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☑ UNK. | ☐ HWY. — ST. — ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | |
| 08 28 07 | 9:15 ☐AM ☑PM | | | ☐ BANK ☐ DRUG STORE ☐ APT./TWN HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER | |

| 54 VERIFY FOR RAPE EXAM | 55 TREAT. FOR RAPE INJURY | 56 CIRCUMSTANCES  HOMICIDE & ASSAULT | 57 CODE |
|---|---|---|---|
| ☐Y ☐N | ☐Y ☐N | LOCATION: RAPE | |

| 58 WEAPON USED | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE |
|---|---|
| ☐ FIREARM ☑ HANDS, FISTS, VOICE, ETC. ☐ KNIFE ☐ OTHER DANGEROUS | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN  DESCRIBE: |

### PROPERTY DESCRIPTION

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND, OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| 1 | Door Lock | | $51 25 | | |

☐ CONTINUED IN NARRATIVE

### DOLLAR VALUE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S D R C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S  $51 25 R D C |

### VEHICLES

| 75 CHECK CATAGORIES | | | | | |
|---|---|---|---|---|---|
| ☐ STOLEN | ☐ RECOVERED | ☐ SUSPECTS VEH. | ☐ VICTIMS VEH. | ☐ UNAUTH. USE | ☐ ABANDONED |

| 76 # STOLEN | 77 LIC | 78 LIS. | 79 LIY | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP:  BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH. ONLY | 88 AREA STOLEN  ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED  ☐ Y ☐ N |
|---|---|---|---|---|
| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, SITY, STATE, ZIP) | | | | 92 PHONE  (   ) |

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐Y  ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐Y  ☐ WHERE? |
|---|---|---|

**TYPE OR PRINT IN BLACK INK**

ACJIC—32 REV 7-04

INCHES    1    2    3    4    5    6

| INCIDENT/OFFENSE REPORT CONTINUED | 89 DATE AND TIME OF REPORT | | 90 CASE # | | 97 SFX | 98 | ☐ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | 11 07 07  3:12 ☐AM ☐PM ☐MIL. | | 07 11 00 5 3 4 | | | | | |

**99 NAME (LAST, FIRST, MIDDLE)** — N | 100 NICKNAME/ALIAS | 101 RACE ☐W ☐A ☐H ☐B ☐I ☐O | 102 SEX ☐MALE ☐FEMALE | 103 DOB M D Y | 104 AGE

**105 ADDRESS (STREET, CITY, STATE, ZIP)** — O | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION

**111 PROBABLE DESTINATION** — N | 112 ARMED? ☐Y ☐N ☐UNK. | 113 WEAPON

**114 CLOTHING** — E | ☐SCARS ☐MARKS ☐TATTOOS | 115 ☐ARRESTED ☐WANTED

**116 NAME (LAST, FIRST, MIDDLE)** — N | 117 NICKNAME/ALIAS | 118 RACE ☐W ☐A ☐H ☐B ☐I ☐O | 119 SEX ☐MALE ☐FEMALE | 120 DOB M D Y | 121 AGE

**122 ADDRESS (STREET, CITY, STATE, ZIP)** — O | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION

**128 PROBABLE DESTINATION** — N | 129 ARMED? ☐Y ☐N ☐UNK. | 130 WEAPON

**131 CLOTHING** — E | ☐SCARS ☐MARKS ☐TATTOOS | 132 ☐ARRESTED ☐WANTED

**WITNESSES**

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|
| #1 N | N | ( ) | ( ) |
| #2 O | O | ( ) | ( ) |
| #3 N | N | ( ) | ( ) |
| #4 E | E | ( ) | ( ) |

WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN

**NARRATIVE**

137

The victim stated on listed date and times that someone pride the doorlock at Jordan's Gym. The victim stated the person or persons) damaged the property listed in block 60 costing the complainant $51.28 to fix it.

ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | CONTINUED ON SUPPLEMENT? ☐Y ☐ SFX

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE  *Linda S. Lewis*    *Susan Jordan*

**ADMINISTRATION**

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|

| 147 CASE STATUS | 148 CASE DISPOSITION | EXCEPTIONAL CLEARANCE: | 149 REPORTING OFFICER |
|---|---|---|---|
| ☐ PENDING ☐ INACTIVE ☐ CLOSED ENTERED ACIC/NCIC DATE | ☐ CLEARED BY ARREST (JUV) ☐ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED | ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | *Edwards, Anthony*   7-13  ID# 150 ASSISTING OFFICER  ID# |
| | | | 151 SUPERVISOR APPROVAL  ID# | 152 WATCH CMDR.  ID# |

**KEVIN'S KEYS**
309 Godson Rd
~~94 VALLEY LANE~~ Prattville Al.
~~DEATSVILLE, AL 36022~~ 36067
**(334) 313-4301**

| CUSTOMER'S ORDER NO. | PHONE | | DATE 11-7-07 | |
|---|---|---|---|---|
| NAME Jordons Gym | | | | |
| ADDRESS Possom Trott Rd. Deetsville | | | | |

| CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | Service Call | | 35 | 00 |
| 2 | Rekey cylinders | 5.00 | 10 | 00 |
| 5 | SC1 Keys | 125 | 6 | 25 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TAX | 53 | |
| SOLD BY | RECEIVED BY | TOTAL 51 | 78 | |

All claims and returned goods MUST be
accompanied by this bill.

**THANK YOU**

6124    Product SP125

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | 1 ☒ INCIDENT  ☐ OFFENSE  ☐ SUPPLEMENT | 2 CASE # 0,7,0,9,0,0,7,5,0 | 3 SFX |
|---|---|---|---|---|

| 4 ORI # 0,2,9,0,0,0,0 | 5 DATE AND TIME OF THIS REPORT M 09 D 07 Y 10:00 ☒ AM ☐ PM ☐ MIL | 6 AGENCY NAME Elmore Co. Sheriffs Dept. | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|

| 8 REPORTED BY ☒ VICTIM OR | 9 ADDRESS (STREET, CITY, STATE, ZIP) | 10 PHONE ( ) |
|---|---|---|

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) ☒ P ☐ 2 B ☐ 3 S Lewis, Linda Messenger | 13 ADDRESS (STREET, CITY, STATE, ZIP) 750 Sheilds Rd Deatsville, AL 36022 | 14 PHONE ( ) 300-1378 ( ) 569-1223 |
|---|---|---|

| 15 EMPLOYER/SCHOOL NBC+C, NC! Self | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) US Hwy 231 WetumpCA, AL | 18 PHONE (334) 574-608 |
|---|---|---|---|

| 19 ☒ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☒ N | 21 RACE ☒ W ☐ B ☐ | 22 SEX ☐ MALE ☒ FEMALE | 23 HGT 5'6 | 24 WGT 132 | 25 DOB 1 M 2 09 3 1 55 | 26 AGE 51 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☒ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. Suspicious Person | 31 DEGREE (CIRCLE) 1   2   3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☒ MISD. | 35 DEGREE (CIRCLE) 1   2   3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

| 38 PLACE OF OCCURRENCE Jordan's Gym Sheilds Rd. | 39 SECTOR H 0 L |
|---|---|

| 40 POINT OF ENTRY ☐ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER N/A | 41 METHOD OF ENTRY ☐ FORCIBLE ☒ NO FORCE ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☒ AGGR N/A | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☒ N | 50 CODE |
|---|---|---|---|---|

| OCCURRED ON OR BETWEEN | 45 TIME 09:25 ☐ AM ☐ PM ☐ MIL | 46 S M T W T F S | 47 LIGHTING ☒ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ UNK. | 48 WEATHER ☒ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL | 49 PREMISE ☐ HWY.—ST.—ALLEY ☐ RAILROAD ☒ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☒ OTHER COMMER. ☐ OTHER Gym |
|---|---|---|---|---|---|---|

| 04 M 09 D 10 Y 07 | 52 TIME 09:30 ☐ AM ☐ PM ☐ MIL | 53 S M T W T F S |
|---|---|---|

| 54 VERIFY FOR ☐ Y N | 55 TREAT. FOR ☐ Y N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | 57 CODE |
|---|---|---|---|

| RAPE EXAM ☒ N | RAPE INJURY ☐ Y ☒ N | LOCATION: RAPE |
|---|---|---|

| 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE |
|---|

| 58 WEAPON USED ☐ FIREARM ☐ HANDS, FISTS, VOICE, ETC. ☐ KNIFE ☐ OTHER DANGEROUS | DESCRIBE: |
|---|---|

| ☐ HANDGUN | ☐ RIFLE | ☐ SHOTGUN | ☐ UNKNOWN |
|---|---|---|---|

## PROPERTY DESCRIPTION

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |

No Property Loss or Damage

🖰 ENTERED

☐ CONTINUED IN NARRATIVE

## DOLLAR VALUE

| 64 MOTOR VEHICLE S D R D | 65 CURRENCY, NOTES S D R D | 66 JEWELRY S D R D | 67 CLOTHING/FURS S D R D | 68 FIREARMS S D R D | 69 OFFICE EQUIPMENT S D R D |
|---|---|---|---|---|---|

| 70 ELECTRONICS S D R D | 71 HOUSEHOLD S D R D | 72 CONSUMABLE GOODS S D R D | 73 LIVESTOCK S D R D | 74 MISCELLANEOUS S D R D |
|---|---|---|---|---|

## VEHICLES

| 75 CHECK CATEGORIES ☐ 1 STOLEN ☐ 2 RECOVERED ☒ 3 SUSPECTS VEH. ☐ 4 VICTIMS VEH. ☐ 5 UNAUTH. USE ☐ 6 ABANDONED |
|---|

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR M0120 ? | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA Corvette | 84 VMO | 85 VST | 86 VCO: TOP: BOTTOM: Maroon | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ 1 BUS. ☐ 2 RES. ☐ 3 RUR. | 89 OWNERSHIP VERIFIED BY: ☐ 1 TAG RECEIPT ☐ 2 BILL OF SALE ☐ 3 TITLE ☐ 4 OTHER | 90 WARRANT SIGNED ☐ N ☐ Y  # |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ Y ☐ N  WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ Y ☐ N  WHERE? |
|---|---|---|

## TYPE OR PRINT IN BLACK INK

ACJIC—32 REV 8-96

INCHES    1    2    3    4    5    6

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT | | | | | | 96 CASE # | | 97 SFX | 98 OFFENDER SUSPECT MISSING PERSON | CHECK IF MULTIPLE |

**95 DATE AND TIME OF REPORT** 09 19 07 10:00 ☑ AM ☐ PM ☐ MIL.

**96 CASE #** 07 09 07 50

**99 NAME (LAST, FIRST, MIDDLE)**

**100 NICKNAME/ALIAS**

**101 RACE** ☑ W ☐ B ☐ A ☐ I

**102 SEX** ☐ M ☑ F

**103 DOB** M D Y

**104 AGE** 60's

**105 ADDRESS (STREET, CITY, STATE, ZIP)**

**106 HGT** 5 8

**107 WGT** 162

**108 EYE**

**109 HAIR**

**110 COMPLEXION**

**111 PROBABLE DESTINATION**

**112 ARMED?** ☐ Y ☐ N ☐ UNK.

**113 WEAPON**

**114 CLOTHING** Blue Jeans / Shirt (unk. color) / maroon Ball cap

☐ SCARS ☐ MARKS ☐ TATOOS

**115** ☐ ARRESTED ☐ WANTED

**116 NAME (LAST, FIRST, MIDDLE)**

**117 NICKNAME/ALIAS**

**118 RACE** ☐ W ☐ A ☐ B ☐ I

**119 SEX** ☐ M ☐ F

**120 DOB** M D Y

**121 AGE**

**122 ADDRESS (STREET, CITY, STATE, ZIP)**

**123 HGT**

**124 WGT**

**125 EYE**

**126 HAIR**

**127 COMPLEXION**

**128 PROBABLE DESTINATION**

**129 ARMED?** ☐ Y ☐ N ☐ UNK.

**130 WEAPON**

**131 CLOTHING**

☐ SCARS ☐ MARKS ☐ TATOOS

**132** ☐ ARRESTED ☐ WANTED

**WITNESSES**

**133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB**

**134 ADDRESS (STREET, CITY, STATE, ZIP)**

**135 RES. PHONE**

**136 BUS. PHONE**

#1 Berry, Joyce — SEX ☐ M ☑ F RACE ☑ W ☐ A ☐ B ☐ I — M D Y — 36022 — ( )

#2 Tenley, Susan — SEX ☐ M ☑ F RACE ☑ W ☐ A ☐ B ☐ I — M D Y — 1755 Possum Trot Rd Nashville, AL — (334) 569-2627 ( )

#3 — SEX ☐ M ☐ F RACE ☐ W ☐ A ☐ B ☐ I — M D Y — 30 Carls Dr. Deatsville AL 36022 — ( ) 555-7349 ( )

#4 — SEX ☐ M ☐ F RACE ☐ W ☐ A ☐ B ☐ I — M D Y — ( ) ( )

**WITNESS #1 SSN** - -

**WITNESS #2 SSN** - -

**WITNESS #3 SSN** - -

**WITNESS #4 SSN** - -

**NARRATIVE**

**137**

Victim states that on listed date and time she was outside of the listed location talking on the phone when an unknown white female walked up to her and threw a Yellow envelope at her hitting the victim in the face. The offender then picked up the envelope and walked back to her car, a maroon corvette. The victim ran after the offender and offender told her to stay away and that "she was sick." The offender then drove away travelling on Possum Trot Rd Towards Coosa River Rd. Victim states that the offender was wearing sunglasses and had her hat pulled down over her face as it to hide her identity. Victim states that on the previous date, that witness #1 saw someone driving a gold PT Cruiser pulled up to the gym while it was closed, locked in the door and left. This person returned a short time later and did the same.

**CONTINUED ON SUPPLEMENT** ☑

**ASSISTING AGENCY ORI**

**ASSISTING AGENCY CASE #**

**SFX**

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported if returned.

**SIGNATURE** Linda S. Ferris

**138 LOCAL USE**

**139 STATE USE**

**MULTIPLE CASES CLOSED**

**140 CASE #**

**141 SFX**

**142 CASE #**

**143 SFX**

**144 CASE #**

**145 SFX**

**146 ADDITIONAL CASES CLOSED NARRATIVE** ☐ Y ☐ N

**147 CASE STATUS** ☐ PENDING ☐ INACTIVE ☑ CLOSED

☐ ENTERED ACIC/NCIC DATE

**148 CASE DISPOSITION:** ☐ CLEARED BY ARREST (JUV.) ☐ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED

☐ **EXCEPTIONAL CLEARANCE:** ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM

**149 REPORTING OFFICER** J.L. Hough P.D. 23

**150 ASSISTING OFFICER** ID #

**151 SUPERVISOR APPROVAL** ID #

**152 WATCH CMDR.** ID #

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| REPORTING SSN | | COMPLAINANT SSN | | | 1 ☐ INCIDENT ☑ OFFENSE ☐ SUPPLEMENT | 2 CASE # 0 7 1 0 0 1 2 7 | 3 SFX |
|---|---|---|---|---|---|---|---|

| 4 ORI # 0 2 0 0 0 0 | 5 DATE AND TIME OF THIS REPORT 1 1 0 2 0 7 15:15 ☑ AM ☐ PM ☐ MIL | 6 AGENCY NAME Elmore County Sheriff's Dept. | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|

8 REPORTED BY ☐ VICTIM OR                                    10 PHONE ( )

| 11 ☐ VICTIM'S MAT. ☐ I.E. OFFICERS | 12 VICTIM (LAST, FIRST, MIDDLE NAME) Lewis, Linda Manager ☐ 1 ☑ 2 ☐ 3 | 13 ADDRESS (STREET, CITY, STATE, ZIP) 750 Shields Rd. Deatsville, Al 36022 | 14 PHONE (334) 300-1378 |
|---|---|---|---|
| | 15 EMPLOYER/SCHOOL NBGC LLC | 16 OCCUPATION Self | 17 ADDRESS (STREET, CITY, STATE, ZIP) 8617 U.S. Hwy 231 Wetumpka, Al 36092 | 18 PHONE (334) 614-6008 |

| 19 ☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☐ N | 21 RACE ☑ W ☐ A ☐ H ☐ B ☐ I ☐ O | 22 SEX ☑ MALE ☐ FEMALE | 23 HGT 57 | 24 WGT 134 | 25 DOB (M) 2 03 55 | 26 AGE 51 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☑ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) Unk | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE Trespassing Incident ☐ FEL ☐ MISD. | 31 DEGREE (CIRCLE) 1  2  3 | 32 UCR CODE | 33 STATE/LOCAL ORDINANCE |
|---|---|---|---|
| 34 TYPE INCIDENT OR OFFENSE ☐ FEL ☐ MISD. | 35 DEGREE (CIRCLE) 1  2  3 | 36 UCR CODE | 37 STATE/LOCAL ORDINANCE |

| 38 PLACE OF OCCURRENCE 770 Shields Rd. Deatsville, Al 36022/Jordan's Community Center | 39 SECTOR 10 E A |
|---|---|

| 40 POINT OF ENTRY | ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY | ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N |
|---|---|---|---|---|---|

| OCCURRED ON OR BETWEEN | 46 TIME | 47 LIGHTING | 48 WEATHER | 49 PREMISE | | 60 CODE |
|---|---|---|---|---|---|---|
| 1 1 0 1 0 7 16:30 ☐ AM ☑ PM ☐ MIL S M T W T F S | ☐ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ UNK. | ☑ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | ☐ HWY. — ST. — ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☑ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT./TWN HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER | |
| 1 1 0 1 0 7 16:45 ☐ AM ☑ PM ☐ MIL S M T W T F S | | | | | |

| 54 VERIFY FOR RAPE EXAM ☐ Y | 55 TREAT. FOR RAPE INJURY ☐ Y | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | 57 CODE | | | | |
|---|---|---|---|---|---|---|---|

LOCATION: RAPE

| 58 WEAPON USED | ☐ FIREARM ☐ KNIFE | ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE DESCRIBE: _____ ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|---|---|

### PROPERTY DESCRIPTION

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND, OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | No Property or Loss No Damage | | | | |

### DOLLAR VALUE

| 64 MOTOR VEHICLE S R D C | 65 CURRENCY, NOTES S R D C | 66 JEWELRY S R D C | 67 CLOTHING/FURS S R D C | ☐ CONTINUED IN NARRATIVE | 68 FIREARMS S R D C | 69 OFFICE EQUIPMENT S R D C |
|---|---|---|---|---|---|---|
| 70 ELECTRONICS S R D C | 71 HOUSEHOLD S R D C | 72 CONSUMABLE GOODS S R D C | 73 LIVESTOCK S R D C | | 74 MISCELLANEOUS S R D C | |

### VEHICLES

| 75 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☑ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED |
|---|

| 76 # STOLEN | 77 LIC | 78 LIS. | 79 LIY | 80 TAG COLOR N/A | 81 VIN |
|---|---|---|---|---|---|
| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |

| STOLEN MTR. VEH. ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ Y ☐ N # |
|---|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, SITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☑ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ WHERE? |
|---|---|---|

**TYPE OR PRINT IN BLACK INK**

ACJIC—32 REV 7-04

INCHES       1       2       3       4       5       6

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT SUPPLEMENT

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| 1 ORI # | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | 4 CASE# | 5 SFX |
|---|---|---|---|---|
| 0 2 9 0 0 0 0 0 | Elmore County Sheriff Dept | 1 1 0 2 0 7 | 0 7 1 0 0 1 2 6 | |

**EVENT**

| 6 VICTIM'S NAME (ORIGINAL REPORT): Lewis, Linda | 7 ORIGINAL OFFENSE DATE | 8 TYPE REPORT ☑ CONTINUATION ☐ FOLLOW-UP |
|---|---|---|
| 9 ORIGINAL INCIDENT/OFFENSE: Trespassing Incident | 10 UCR CODE | 11 STATE CODE/LOCAL ORDINANCE |
| 12 NEW INCIDENT/OFFENSE | 13 UCR CODE | 14 STATE CODE/LOCAL ORDINANCE |

| 15 HAS AN ARREST BEEN MADE? ☐ YES ☐ NO | 16 DATE OF ARREST M D Y | 17 HAS WARRANT BEEN OBTAINED? ☐ YES ☐ NO WARRANT # | 18 DATE OF WARRANT M D Y |
|---|---|---|---|

| 20 ☐ DEFENDANT ☐ SUSPECT | 21 ☐ DEFENDANT ☐ SUSPECT |
|---|---|
| NAME: | NAME: |

| RACE ☐ W ☑ B ☐ H | SEX ☐ MALE ☑ FEMALE | DOB M D Y | AGE | RACE ☐ W ☑ B ☐ H | SEX ☐ MALE ☑ FEMALE | DOB M D Y | AGE |
|---|---|---|---|---|---|---|---|

**NARRATIVE**

Subject stated no he had not. Victim was pretty upset. I advised subject it was probably best he leave and wait on his deposition the following morning. Subject was not trespassed off the property. Owner of business was not there. Subject left premises w/o further incident.

| 22 LOCAL USE |
|---|
| 23 STATE USE |

**DOLLAR VALUE**

| 24 MOTOR VEHICLE S R D C | 25 CURRENCY, NOTES S R D C | 26 JEWELRY S R D C | 27 CLOTHING/FURS S R D C | 28 FIREARMS S R D C | 29 OFFICE EQUIPMENT S R D C |
|---|---|---|---|---|---|
| 30 ELECTRONICS S R D C | 31 HOUSEHOLD S R D C | 32 CONSUMABLE GOODS S R D C | 33 LIVESTOCK S R D C | 34 MISCELLANEOUS S R D C | |

MOTOR VEH. RECOVERY ONLY REQUIRED FOR this UCR CODE

| 35 MOTOR VEH. STOLEN IN YOUR JURISDICTION? ☐ WHERE? | 36 RECOVERED IN YOUR JURISDICTION? ☐ WHERE? |
|---|---|

**ADMINISTRATIVE**

| MULTIPLE CASES CLOSED | 37 CASE # | 38 SFX | 39 CASE # | 40 SFX | 41 CASE # | 42 SFX | 43 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|

| 44 CASE STATUS ☐ PENDING ☑ INACTIVE ☐ CLOSED ENTERED ACJIC/NCIC DATE | 45 CASE DISPOSITION ☐ CLEARED BY ARREST (JUV.) ☐ CLEARED BY ARREST (ADULT) ☑ UNFOUNDED ☐ ADM. CLEARED | ☐ EXCEPTIONAL CLEARANCE: ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 46 REPORTING OFFICER Dasinger, J. D. ID# 2-12 |
|---|---|---|---|
| | | | 47 ASSISTING OFFICER ID# |
| | | | 48 SUPERVISOR APPROVAL ID# | 49 WATCH CMDR. ID# |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—33 REV 7-04