U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURVES INTERNATIONAL, INC. ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2007-CV-807-MHT |
| ) | |
| LINDA S. MOSBARGER, ) | |
| Defendant. ) | |

## MOTION TO EXTEND TIME TO AMEND ANSWER

**COMES NOW** the DEFENDANT, LINDA S. MOSBARGER, nee LINDA S. LEWIS, by and through undersigned counsel, and requests that this court extend the time to Amend its Answer due to reasons beyond the control of the undersigned who was forced to file the Original Answer on October 10, 2007, without receiving any service of process on the day, or very close thereto, the date the attorney was retained. Additionally, said time to extend would allow for a Counterclaim to be properly filed with this Honorable Court related to matters some of which occurred after the onset of this civil action. The DEFENDANT relies upon the Federal Rules of Civil Procedure to file this Motion with this Honorable Court. *Fed.R.Civ.P. 6 (b)(2); 4 Wright & Miller, Federal Practice and Procedure, Civil Section 1165 (1969); Fed.R.Civ.P. 13(e); Fed.R.Civ.P. 13(f); Fed.R.Civ.P. 13(h); Fed.R.Civ.P. 19 and Fed.R.Civ.P. 20.*

Respectfully submitted,

*[signature]*
Connie J. Morrow
(#ASB-6870-O78C)
Attorney for Counterclaimant
LINDA S. LEWIS

OF COUNSEL:

Grainger Legal Services, LLC
4220 Carmichael Court, N.
Montgomery, Alabama 36106
Tel. (334) 260-0500
Fax (334) 260-5580
E-mail cgrainger@graingerlegal.com

## CERTIFICATE OF SERVICE

The undersigned verifies a true and accurate copy of this document has been delivered to the following (Defendants and purported legal counsel) by placing on this date a copy of such in the U. S. mail, proper postage prepaid, on this the 14th day of NOVEMBER, 2007, and addressed as follows:

Joseph W. Carlisle
William D. Jones, III
JOHNSTON, BARTON, PROCTOR & ROSE, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL   35209

Jason J. Stover
Micheal R. Gray
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
500 IDS Center, 80 South Eighth Street
Minneapolis, MN   55402

*[signature]*
Connie J. Morrow
(#ASB-6870-O78C)
Attorney for LINDA S. LEWIS