IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURVES INTERNATIONAL, INC.,  )
                             )
    Plaintiff,                )
                             )      CIVIL ACTION NO.
    v.                        )        2:07cv807-MHT
                             )
LINDA S. MOSBARGER,           )
                             )
    Defendant.                )
```

## ORDER

It is ORDERED that the motion for temporary restraining order, contained in the amended answer-counterclaim (Doc. No. 30), is denied.

DONE, this the 16th day of November, 2007.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE