IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURVES INTERNATIONAL, INC.,  )
                             )
    Plaintiff,                )
                             )      CIVIL ACTION NO.
    v.                       )        2:07cv807-MHT
                             )
LINDA S. MOSBARGER,          )
                             )
    Defendant.               )
```

## ORDER

It is ORDERED that the second motion for continuance (Doc. No. 28) is denied.

DONE, this the 16th day of November, 2007.

                              /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**