IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURVES INTERNATIONAL, INC., )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        2:07cv807-MHT
                            )
LINDA S. MOSBARGER,         )
                            )
    Defendant.              )
```

## ORDER

It is ORDERED that the motion to extend time to amend answer (Doc. No. 32) is granted.

DONE, this the 16th day of November, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE