AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__Middle District__ District of __Alabama__

Curves International, Inc.
Plaintiff,
v.

Linda S. Mosbarger,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV807-MHT

TO: (Name and address of Defendant)

Michael Gray
500 IDS Center, 80 8th Street
Minneapolis, MN 55402

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Grainger Legal Services
Att: Connie Morrow
4350 Carmichael Court North
Montgomery, AL 36106

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 11/16/2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_middle District_ District of _Alabama_

Curves International, Inc.,
  Plaintiff,
v.

Linda S. Mosbarger,
  Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 cv807-MHT

TO: (Name and address of Defendant)

~~Linda Mosbarger~~
Julie Ferrell
C/o Michael R. Gray
500 IDS Center, 80 South 8th St.
Minneapolis, MN 55402

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Grainger Legal Services
Att: Connie Morrow
4220 Carmichael Court North
Montgomery, AL 36106

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_　　　　　　　　　　　　　　　　11/16/2007
CLERK　　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

⚙AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle District__ District of __Alabama__

Curves International, Inc.
Plaintiff,

v.

Linda S. Mosbarger
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv807-MHT

TO: (Name and address of Defendant)

Kevin Ayers
c/o Michael R. Gray
500 IDS Center, 80 8th Street
Minneapolis, MN 55402

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Grainger Legal Services
Att: Connie Morrow
4220 Carmichael Court North
Montgomery, AL 36106

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                        11/16/2007
CLERK                                                                         DATE
C Baxter
(By) DEPUTY CLERK