| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>　　　　　　　　　　　　　　　　26 nov |
| 1. Article Addressed to:<br><br>Julie Ferrell<br>c/o Michael R. Gray<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota<br>55402 | D. Is delivery address different from item 1? ☐ Yes<br>　 If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>　☐ Certified Mail　☐ Express Mail<br>　☐ Registered　　☐ Return Receipt for Merchandise<br>　☐ Insured Mail　☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)　☐ Yes |
| 2. Article Number<br>　(Transfer from service label) | 7006 3450 0000 3378 9496 |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540