01/14/2005  21:37   3342605580                GRAINGER ASSOCIATE                PAGE  02/04
GPM (612) 632-4444    11/29/2007 9:24:25 AM    PAGE  3/005    Fax Server

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Linda S. Mosbarger, <br><br> Defendant | Case Action No. 2007-CV-807-MHT <br><br> **STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIM** |

The parties, through counsel of record, hereby stipulate to an extension of time in which to answer or otherwise respond to the Counterclaim filed by Mosbarger on November 14, 2007. (Docket #30) Mosbarger's Counterclaim contains thirteen separate counts. Because of the number of issues raised by the Counterclaim, an extension of time until December 24, 2007 in which to answer or otherwise respond will provide sufficient time to evaluate those claims. Mosbarger has consented to the request for an extension. Because this case is in the early stages of discovery, the parties do not believe that a brief extension of time will delay resolution of this matter.

Accordingly, the parties jointly move this Court for an Order granting an extension of time until December 24, 2007, in which to answer or otherwise respond to the Counterclaim.

01/14/2005  21:37   3342605580                GRAINGER ASSOCIATE                    PAGE  03/04
GPM (612) 632-4444      11/29/2007 9:24:25 AM       PAGE  4/005   Fax Server

Dated: ~~November~~ December 4, 2007

        GRAY, PLANT, MOOTY,
        MOOTY & BENNETT, P.A.

        By _____
           Michael R. Gray (175602)
           Jason J. Stover (30573X)
        500 IDS Center, 80 South Eighth Street
        Minneapolis, Minnesota 55402
        Telephone: (612) 632-3000
        Facsimile: (612) 632-4444
        mike.gray@gpmlaw.com
        jason.stover@gpmlaw.com

        **ATTORNEYS FOR PLAINTIFF**

        -and-

        GRAINGER LEGAL SERVICES, LLC

        By _____
           Connie J. Morrow (ASB-6870-078C)
        4220 Carmichael Court North
        Montgomery, AL 36106
        Telephone: (334) 260-0500
        Facsimile: (334) 260-5580
        cmorrow@graingerlegal.com

        **ATTORNEY FOR DEFENDANT**

GP:2293917 v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc., | |
| Plaintiff, | Case Action No. 2007-CV-807-MHT |
| vs. | **ORDER** |
| Linda S. Mosbarger, | |
| Defendant | |

     Before the Court is the parties' Stipulation for Extension of Time to Answer or Otherwise Respond to Counterclaim (Docket #30) filed by Linda Mosbarger. Finding good cause to exist for that extension, the Court hereby GRANTS the parties' request. An Answer or other response to the Counterclaim is due on or before December 24, 2007.

Dated: _____, 2007

                                                                                                                        _____
                                                                                                                        The Honorable Myron H. Thompson
                                                                                                                        United States District Court Judge

GP:2293925 v1