IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CURVES INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:07cv807-MHT (WO) |
| LISA MOSBARGER, | ) ) | |
| Defendant. | ) | |

### ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Curves International, Inc.'s motion for a preliminary injunction (doc. no. 2) is denied.

DONE, this the 5th day of December, 2007.

                                                          /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE