IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CURVES INTERNATIONAL, INC.,  )
                             )
    Plaintiff,               )
                             )         CIVIL ACTION NO.
    v.                       )           2:07cv807-MHT
                             )
LINDA S. MOSBARGER,          )
                             )
    Defendant.               )

## ORDER

It is ORDERED that the stipulation of extension (Doc. No. 46) is treated as a motion for extension of time and said motion is granted.

DONE, this the 5th day of December, 2007.

                                                    /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE