UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Linda S. Mosbarger, <br><br> Defendant | Case Action No. 2007-CV-807-MHT <br><br> **MICHAEL GRAY, KEVIN AYERS, AND JULIE FERRELL'S NOTICE OF MOTION TO DISMISS AMENDED ANSWER-COUNTERCLAIM** |

PLEASE TAKE NOTICE that Michael Gray, Kevin Ayers, and Julie Ferrell will bring on for hearing their Motion to Dismiss Linda Mosbarger's Amended Answer-Counterclaim at a date to be determined by the Court.

Dated: December 21, 2007

**GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.**

By s/Michael R. Gray
  Michael R. Gray (MN 175602)
  Jason J. Stover (MN 30573X)
  500 IDS Center
  80 South Eighth Street
  Minneapolis, Minnesota 55402-3796
  Telephone: (612) 632-3000
  Facsimile: (612) 632-4444
  mike.gray@gpmlaw.com
  jason.stover@gpmlaw.com

  and

**JOHNSTON, BARTON, PROCTOR & ROSE**
Joseph W. Carlisle
Colonial Brookwood Center
569 Brookwood Village
Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9458
Facsimile: (205) 458-9500
jwc@johnstonbarton.com

**ATTORNEYS FOR PLAINTIFF**

GP:2302861 v1