UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Linda S. Mosbarger,<br><br>　　　　　Defendant. | Case Action No. 2007-CV-807-MHT |

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed a copy of the following:

- Curves International, Inc.'s Separate Answer to Counterclaim;

- Michael Gray, Kevin Ayers, and Julie Ferrell's Notice of Motion to Dismiss Amended Answer-Counterclaim;

- Michael Gray, Kevin Ayers, and Julie Ferrell's Motion to Dismiss Amended Answer-Counterclaim;

- Affidavit of Michael R. Gray;

- Michael Gray, Kevin Ayers, and Julie Ferrell's Memorandum of Law in Support of Motion to Dismiss;

- Proposed Order (via email)

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

　　Connie Morrow
　　Charles E. Grainger, Jr.
　　Grainger Legal Services, Inc.
　　4220 Carmichael Ct. N.
　　Montgomery, Alabama  36106
　　cmorrow@graingerlegal.com
　　cgrainger@mindspring.com

Dated: December 21, 2007

**GRAY, PLANT, MOOTY,
 MOOTY & BENNETT, P.A.**

By s/Michael R. Gray
    Michael R. Gray (MN 175602)
    Jason J. Stover (MN 30573X)
    500 IDS Center
    80 South Eighth Street
    Minneapolis, Minnesota 55402-3796
    Telephone: (612) 632-3000
    Facsimile: (612) 632-4444
    mike.gray@gpmlaw.com
    jason.stover@gpmlaw.com

    and

    **JOHNSTON, BARTON, PROCTOR &
    ROSE**
    Joseph W. Carlisle
    Colonial Brookwood Center
    569 Brookwood Village
    Suite 901
    Birmingham, Alabama 35209
    Telephone: (205) 458-9458
    Facsimile: (205) 458-9500
    jwc@johnstonbarton.com

    **ATTORNEYS FOR PLAINTIFF**

GP:2304677 V1