UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc.,<br><br>           Plaintiff,<br><br>vs.<br><br>Linda S. Mosbarger,<br><br>           Defendant | Case Action No. 2007-CV-807-MHT<br><br>**PROPOSED ORDER** |

This Court has considered Michael Gray, Kevin Ayers, and Julie Ferrell's Motion to Dismiss the Amended Answer-Counterclaim filed by Linda Mosbarger. After reviewing the parties' memoranda of law and attached documents, and considering the arguments of counsel, this Court hereby GRANTS the Motion to Dismiss. Mosbarger's Amended Answer-Counterclaim is dismissed with prejudice as to defendants Michael Gray, Kevin Ayers, and Julie Ferrell.

Dated: _____

_____
The Honorable Myron H. Thompson
United States District Court Judge

GP:2303028 v1