IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURVES INTERNATIONAL, INC.,  )
                             )
    Plaintiff,                )
                             )        CIVIL ACTION NO.
    v.                       )          2:07cv807-MHT
                             )
LINDA S. MOSBARGER,          )
                             )
    Defendant.                )
```

### ORDER

It is ORDERED that the motion to reconsider (Doc. No. 57) and motion to dismiss (Doc. No. 52) are set for submission, without oral argument, on January 22, 2008, with all briefs due by said date.

DONE, this the 3rd day of January, 2008.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE