IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Curves International, Inc.,

    Plaintiff,

v.    CASE NO. 2007-CV-807-MHT

Linda S. Mosbarger,

    Defendants,

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Curves International, Inc., a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Curves International, Inc. | Party |
|  |  |
|  |  |

January 4, 2008      s/Michael R. Gray
Date      (Signature)

Michael R. Gray
(Counsel's Name)

Curves International, Inc.
Counsel for (print names of all parties)

80 S. Eighth Street, Suite 500
Minneapolis, MN 55402
Address, City, State Zip Code

612-632-3078
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Michael R. Gray_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this ___4th___ day of January_____ 20_08_ to:

Connie J. Morrow, cmorrow@graingerlegal.com

Charles Grainger, Jr., cgrainger@mindspring.com

Joseph Carlisle, jwc@jbpp.com

William Jones, wjones@jpbb.com

Jason Stover, Jason.Stover@gpmlaw.com


January 4, 2008                                    s/Michael R. Gray
_____                        _____
       Date                                              Signature