IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

| | | |
|---|---|---|
| Curves International, Inc. | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | CASE NO. 2007-CV-807-MHT |
| **v.** | ) | _____ |
| Linda S. Mosbarger | ) | |
| | ) | |
| **Defendants,** | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Kevin Ayers , a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]  This party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Kevin Ayers | Party |
| | |
| | |
| | |

January 4, 2008
**Date**

s/Michael R. Gray
(Signature)

Michael R. Gray
(Counsel's Name)

Kevin Ayers
Counsel for (print names of all parties)
80 S. Eighth Street, Suite 500
Minneapolis, MN 55402
**Address, City, State Zip Code**
612-632-3078
**Telephone Number**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>             DIVISION

## CERTIFICATE OF SERVICE

I, Michael R. Gray                        , do hereby Certify that a true and correct copy
of the foregoing has been furnished by  electronic mail                    (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this  4th  day of  January       2008 to:

Connie J. Morrow, cmorrow@graingerlegal.com

Charles Grainger, Jr., cgrainger@mindspring.com

Joseph Carlisle, jwc@jbpp.com

William Jones, wjones@jpbb.com

Jason Stover, Jason.Stover@gpmlaw.com


January 4, 2008                          s/Michael R. Gray
_____                   _____
         Date                                    Signature