IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

Curves International, Inc.
_____,  )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )   CASE NO. 2007-CV-807-MHT
                                   )   _____
Linda S. Mosbarger                 )
_____,  )
                                   )
       Defendants,                 )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Julie Ferrell</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
|---|---|
| Julie Ferrell | Party |
| | |
| | |
| | |

January 4, 2008
_____
Date

s/Michael R. Gray
_____
(Signature)

Michael R. Gray
_____
(Counsel's Name)

Julie Ferrell
_____
Counsel for (print names of all parties)

80 S. Eighth Street, Suite 500
Minneapolis, MN 65402
_____
Address, City, State Zip Code

612-632-3078
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Michael R. Gray _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic mail _____ (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this ___4th___ day of ___January___ 2008, to:

Connie J. Morrow, cmorrow@graingerlegal.com

Charles Grainger, Jr., cgrainger@mindspring.com

Joseph Carlisle, jwc@jbpp.com

William Jones, wjones@jpbb.com

Jason Stover, Jason.Stover@gpmlaw.com


January 4, 2008                              s/Michael R. Gray
_____                              _____
        Date                                        Signature