IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURVES INTERNATIONAL, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2007-CV-807-MHT |
| | ) | |
| | ) | **JURY TRIAL REQUESTED** |
| | ) | |
| LINDA S. MOSBARGER, | ) | |
| | ) | |
| Defendant. | ) | |

## CONFLICT DISCLOSURE STATEMENT
## NAME CORRECTION REQUEST

COMES NOW, **LINDA S. MOSBARGER,** a Defendant and Counter Claimant in the above referenced matter before this Honorable Court. In accordance with this Court's recent Order and the Middle District of Alabama's General Order No. 3047 related to disclosure by the parties concerning parent companies, subsidiaries, partners limited liability entity members, individuals and corporations, this party **LINDA S. MOSBARGER,** is for the purposes of this lawsuit an individual. This individual's correct legal name at the time she received purported and disputed service from the Clerk of this Court in late September or early October, 2007, **never from the corporate Plaintiff in this matter Curves International, Inc.,** was **LINDA S. LEWIS,** as it remains. Therefore, **LINDA S. MOSBARGER,** for clarification purposes seeks to be referred to by her legal name **LINDA S. LEWIS,** and hereby discloses, as an individual, no known affiliations with any other parties before this Honorable Court.

Done this the 7th day of January, 2008.

Respectfully submitted,

*(signature)*
Connie J. Morrow
(#ASB-6870-O78C)
Attorney for LINDA S. LEWIS

OF COUNSEL:
Grainger Legal Services, LLC
4220 Carmichael Court, N.
Montgomery, Alabama 36106
Tel. (334) 260-0500
Fax (334) 260-5580
E-mail cgrainger@graingerlegal.com

CERTIFICATE OF SERVICE

The undersigned verifies a true and accurate copy of this document has been delivered to the following by placing on this date a copy of such in the U. S. mail, proper postage prepaid, on this the 7th day of January, 2008, and addressed as follows:

Joseph W. Carlisle
William D. Jones, III
JOHNSTON, BARTON, PROCTOR & ROSE, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL   35209

Jason J. Stover
Micheal R. Gray
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
500 IDS Center, 80 South Eighth Street
Minneapolis, MN   55402

*(signature)*
Connie J. Morrow
(#ASB-6870-O78C)
Attorney for LINDA S. LEWIS