IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURVES INTERNATIONAL, INC.,  )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )      2:07cv807-MHT
                             )
LINDA S. MOSBARGER,          )
                             )
     Defendant.              )
```

### ORDER

It is ORDERED that the motion to reconsider (Doc. No. 57) is denied.

DONE, this the 23rd day of January, 2008.

                            /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**