IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CURVES INTERNATIONAL, INC., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>LINDA S. MOSBARGER, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:07cv807-MHT |

ORDER

It is ORDERED that all parties show cause, if any there be, in writing by February 1, 2008, as to why defendant Linda S. Mosbarger's motion to correct her name (Doc. No. 66) to read "Linda S. Lewis" should not be granted.

DONE, this the 23rd day of January, 2008.

                              /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE