IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CURVES INTERNATIONAL, INC., )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )         2:07cv807-MHT
                            )
LINDA S. MOSBARGER,         )
                            )
    Defendant.              )

                        ORDER

It is ORDERED that the motion to dismiss and motion
for summary judgment (Doc. No. 68) are set for
submission, without oral argument, on February 8, 2008,
with any opposing brief and evidentiary materials due by
said date.

DONE, this the 23rd day of January, 2008.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE