IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CURVES INTERNATIONAL, INC., )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>LINDA S. MOSBARGER,    )<br>    )<br>    Defendant.    ) | CIVIL ACTION NO.<br>2:07cv807-MHT |

ORDER

It is ORDERED that the motion to add indispensable parties (Doc. No. 67) is set for submission, without oral argument, on February 1, 2008, with all briefs due by said date.

DONE, this the 23rd day of January, 2008.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE