UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Linda S. Mosbarger,<br><br>　　　　Defendant. | Case Action No. 2007-CV-807-MHT<br><br>**PLAINTIFF'S RESPONSE<br>TO ORDER TO SHOW CAUSE** |

　　　　On January 23, 2008, this Court issued an Order to Show Cause as to why Defendant Linda Mosbarger's Motion to Correct Her Name to read "Linda S. Lewis" should not be granted. (Document No. 71)

　　　　Plaintiff Curves International, Inc. has no objection to Defendant's Motion.

Dated:  January 25, 2008

　　　　　　　　　　　　　　　　　　　　**GRAY, PLANT, MOOTY,
　　　　　　　　　　　　　　　　　　　　 MOOTY & BENNETT, P.A.**


　　　　　　　　　　　　　　　　　　　　By s/Michael R. Gray
　　　　　　　　　　　　　　　　　　　　　　　Michael R. Gray (MN 175602)
　　　　　　　　　　　　　　　　　　　　　　　Jason J. Stover (MN 30573X)
　　　　　　　　　　　　　　　　　　　　500 IDS Center
　　　　　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402-3796
　　　　　　　　　　　　　　　　　　　　Telephone:  (612) 632-3000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (612) 632-4444
　　　　　　　　　　　　　　　　　　　　mike.gray@gpmlaw.com
　　　　　　　　　　　　　　　　　　　　jason.stover@gpmlaw.com

　　　　　　　　　　　　　　　　　　　　and

        **JOHNSTON, BARTON, PROCTOR & ROSE**
        Joseph W. Carlisle
        Colonial Brookwood Center
        569 Brookwood Village
        Suite 901
        Birmingham, Alabama  35209
        Telephone:  (205) 458-9458
        Facsimile:  (205) 458-9500
        jwc@johnstonbarton.com

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the following:

- Plaintiff's Response to Order to Show Cause

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Connie Morrow
Charles E. Grainger, Jr.
cmorrow@graingerlegal.com
cgrainger@mindspring.com

Dated:  January 25, 2008        **GRAY, PLANT, MOOTY,**
        **MOOTY & BENNETT, P.A.**

        By  s/Michael R. Gray
           Michael R. Gray (MN 175602)
           Jason J. Stover (MN 30573X)
           500 IDS Center
           80 South Eighth Street
           Minneapolis, Minnesota 55402-3796
           Telephone:  (612) 632-3000
           Facsimile:  (612) 632-4444
           mike.gray@gpmlaw.com
           jason.stover@gpmlaw.com

GP:2320358 v1