IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CURVES INTERNATIONAL, INC., )<br>       )<br>   Plaintiff,     )<br>       )<br>   v.     )<br>       )<br>LINDA S. MOSBARGER,   )<br>       )<br>   Defendant.     ) | CIVIL ACTION NO.<br>2:07cv807-MHT |

ORDER

It is ORDERED that the motion for sanctions under Rule 11 (Doc. No. 75) is set for submission, without oral argument, on February 8, 2008, with all briefs due by said date.

DONE, this the 29th day of January, 2008.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE