IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CURVES INTERNATIONAL, INC., )
                             )
        Plaintiff,           )
                             )        CIVIL ACTION NO.
        v.                   )        2:07cv807-MHT
                             )
LINDA S. LEWIS,              )
                             )
        Defendant.           )

ORDER

It is ORDERED as follows:

(1) Defendant Linda S. Mosbarger's motion to
    correct her name (Doc. No. 66) is granted.

(2) The docket and all pleadings are corrected to
    reflect that the name of the defendant is
    "Linda S. Lewis."

DONE, this the 12th day of February, 2008.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE