UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Linda S. Lewis <br><br> Defendant | Case Action No. 2007-CV-807-MHT <br><br> **NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION** |

In compliance with this Court's November 9, 2007, Uniform Scheduling Order, Plaintiff Curves International, Inc. and Defendant Linda S. Lewis submit this Notice Concerning Settlement Conference and Mediation. Counsel for the parties conferred on May 30, 2008, to discuss the possibility of settling this matter. While settlement was not reached during that conference, the parties continue to discuss the possibility of settlement. The parties do not believe that mediation will assist them in resolving this case.

Dated: June 2, 2008

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By: _____
Michael R. Gray (175602)
Jason J. Stover (30573X)
500 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4444
mike.gray@gpmlaw.com
jason.stover@gpmlaw.com

**ATTORNEYS FOR PLAINTIFF**

GRAINGER LEGAL SERVICES, LLC

By _____
Connie J. Morrow (ASB-6870-078C)
4220 Carmichael Court North
Montgomery, AL 36106
Telephone: (334) 260-0500
Facsimile: (334) 260-5580
cmorrow@graingerlegal.com

**ATTORNEY FOR DEFENDANT**

GP:2384304 v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc.,<br><br>                      Plaintiff,<br><br>vs.<br><br>Linda S. Mosbarger,<br><br>                      Defendant. | Case Action No. 2007-CV-807-MHT |

### CERTIFICATE OF SERVICE

I hereby certify that I have filed a copy of the following:

- Notice Concerning Settlement Conference and Mediation; and

- Certificate of Service

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Connie Morrow
Charles E. Grainger, Jr.
Grainger Legal Services, Inc.
4220 Carmichael Ct. N.
Montgomery, Alabama  36106
cmorrow@graingerlegal.com
cgrainger@mindspring.com

Dated:  June 2, 2008

                                      **GRAY, PLANT, MOOTY,**
                                        **MOOTY & BENNETT, P.A.**

                                   By  s/Jason J. Stover
                                      Michael R. Gray (MN 175602)
                                      Jason J. Stover (MN 30573X)
                                      500 IDS Center
                                      80 South Eighth Street
                                      Minneapolis, Minnesota 55402-3796
                                      Telephone:  (612) 632-3000
                                      Facsimile:  (612) 632-4444
                                      mike.gray@gpmlaw.com
                                      jason.stover@gpmlaw.com

  and

**JOHNSTON, BARTON, PROCTOR & ROSE**
Joseph W. Carlisle
Colonial Brookwood Center
569 Brookwood Village
Suite 901
Birmingham, Alabama 35209
Telephone: (205) 458-9458
Facsimile: (205) 458-9500
jwc@johnstonbarton.com

**ATTORNEYS FOR PLAINTIFF**

GP:2385014 v1