UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc.,<br><br>                    Plaintiff,<br><br>vs.<br><br>Linda S. Lewis<br><br>                    Defendant | Case Action No. 2007-CV-807-MHT<br><br>**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE** |

Curves International, Inc. and Linda S. Lewis, through their respective counsel of record,

hereby stipulate to dismissal with prejudice of their respective claims and counterclaims, with

each party to bear its own costs and attorneys' fees, pursuant to the form of the Order of

Dismissal with Prejudice attached hereto. The parties respectfully ask the Court to enter the

attached Order of Dismissal with Prejudice.

Dated: July 21, 2008

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By:_____

Michael R. Gray (175602)
Jason J. Stover (30573X)
500 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4444
mike.gray@gpmlaw.com
jason.stover@gpmlaw.com

**ATTORNEYS FOR PLAINTIFF**

**GRAINGER LEGAL SERVICES, LLC**

By _____
Connie J. Morrow (ASB-6870-078C)
4220 Carmichael Court North
Montgomery, AL 36106
Telephone:  (334) 260-0500
Facsimile:  (334) 260-5580
cmorrow@graingerlegal.com

**ATTORNEY FOR DEFENDANT**

GP:2395784 v1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| Curves International, Inc., | |
| Plaintiff, | Case Action No. 2007-CV-807-MHT |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Linda S. Lewis | |
| Defendant | |

Pursuant to the Joint Stipulation of Dismissal submitted by the parties, the Court orders

as follows:

1.      Defendant and all those under her direction or control are prohibited, directly or

indirectly, from owning, maintaining, engaging in, or having any interest in any fitness or weight

loss center or any other business that provides fitness or weight loss services located within a

radius of forty (40) miles of Deatsville, Alabama, as specifically identified in the parties'

Franchise Agreement, until November 17, 2009.

2.      The terms of paragraph 1 shall extend to Jordan's Gym a/k/a the Jordan

Community Center, which shall be prohibited, directly or indirectly, from providing fitness or

weight loss services until November 17, 2009.

3.      Defendant and all those acting under her direction or control shall not use any of

Curves' signs, posters, manuals, equipment, computers, promotional materials, check drafts, and

other materials, including but not limited to telephone numbers formerly used in connection with

Defendant's CURVES® business.

      4.       All claims and counterclaims that were brought or could have been brought in this action and which are not addressed above are hereby denied and dismissed with prejudice. All pending Motions are hereby denied as moot. Each party shall bear its own costs and attorneys' fees.

      **IT IS SO ORDERED.**

Dated: July \_\_\_, 2008


_____
The Honorable Myron H. Thompson
United States District Judge


GP:2395775 v2