IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CURVES INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv807-MHT |
| ) | |
| LINDA S. LEWIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In light of the settlement of this case, it is ORDERED that all outstanding motions are denied as moot.

DONE, this the 22nd day of July, 2008.

       /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**